*HHW*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*Daniel Rosas*                    )
_____           )        08cv1678
_____           )        JUDGE LEFKOW
(Name of the plaintiff or plaintiffs) )     MAG. JUDGE COX
                                   )
                v.                 )
*Wilmette Park District*           )    NO._____
*Mike Matchen*                     )
_____           )    **FILED**
_____           )    J:N   MAR 2 1 2008
(Name of the defendant or defendants) )      3-21-2008
                                   )      MICHAEL W. DOBBINS
                                            CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _Daniel Rosas_ of the county of _Cook_ in the state of _Illinois_.

3. The defendant is _Wilmette Park District/Mike Matchen_, whose street address is _1200 Wilmette Avenue_ (city)_Wilmette_ (county)_Lake_ (state)_Illinois_ (ZIP)_60091_ (Defendant's telephone number) _(847) - 256-9783_

4. The plaintiff sought employment or was employed by the defendant at (street address) _3900 Fairway Drive_ (city) _Wilmette_ (county) _Lake_ (state)_Illinois_ (ZIP code) _60091_

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) *December*, (day) *15*, (year) *1998*.

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

       (a) The defendant is not a federal governmental agency, and the plaintiff  *[check one box]*  ☐ has *not*  ☒ *has*  filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)    ☒ the United States Equal Employment Opportunity Commission, on or about (month) *October* (day) *22* (year) *2007*.

    (ii)    ☒ the Illinois Department of Human Rights, on or about (month) *April* (day) *4th* (year) *2007*.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached.    ☒ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

        ☐  Yes (month)_____ (day)_____ (year)_____

        ☐  No, did not file Complaint of Employment Discrimination

    2.    The plaintiff received a Final Agency Decision on (month) *December* (day) *20* (year) *2007*.

    c.    Attached is a copy of the

        a.  Complaint of Employment Discrimination,

        ☒ YES    ☐ NO, but a copy will be filed within 14 days.

      (ii) Final Agency Decision

        ☒ YES    ☐ NO, but a copy will be filed within 14 days.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#07W0403.06

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | |
| ☐ EEOC | 2007CA2584 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| Daniel Rosas | (773) 583-4578 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4720 N. Lawndale, Bsmt. | Chicago, IL 60625 | 07 /19/41 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) |
|---|---|---|
| Wilmette Park District | | (847) 256-9640 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1200 Wilmette Avenue | Wilmette, IL 60091 | Lake |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION |
|---|---|
| AGE<br>CITIZENSHIP STATUS<br>RETALIATION | EARLIEST (ADEA/EPA) LATEST (ALL)<br>11/13/06 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.    A.    **ISSUE/BASIS**
               **FAILURE TO RE-HIRE–MARCH 22, 2007, DUE TO MY AGE, 65**

    B.    **PRIMA FACIE ALLEGATIONS**
        1. I am 65 years old.

        2. My work performance as seasonal porter met Respondent's expectations. I was hired in April 1991.

        3. On November 13, 2006, I was informed that I would not rehired to my seasonal position as porter on March 11, 20047, by Jeffery A. Bowen (50), Human Resources Risk Manager. The reason cited for the failure to rehire was because there was no more work for me.

**(Continued)**

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE

ME THIS 4th DAY OF _April_ , 2007

_[signature]_

NOTARY SIGNATURE

"OFFICIAL SEAL"
RAQUEL C. GUERRA
Notary Public, State of Illinois
My Commission Expires 4/12/2008

NOTARY SEAL

X _DANIEL ROSAS_ 04-04-2
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Daniel Rosas<br>4720 N. Lawndale, Bsmt<br>Chicago, IL 60625 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0014 4054 4796

☐   *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-00465 | Jacquelyn C. Gandy,<br>Investigator Support Asst | (312) 886-5976 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐   More than 180 days have passed since the filing of this charge.

☐   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☐   The EEOC is terminating its processing of this charge.

☐   The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐   The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*                          *12/20/2007*

Enclosures(s)                     **John P. Rowe,**               *(Date Mailed)*
                                 **District Director**

cc:     **WILMETTE PARK DISTRICT**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| [X] FEPA | | |
| [X] EEOC | | |

Illinois Department of Human Rights _____ and EEOC

_State or local Agency, if any_

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Daniel Rosas | 773/583/4518 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 4720 N. Lawndale Street, Basement, | Chicago, IL 60625 | 7/19/1941 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Wilmette Park District | 15+ | 847/256/9640 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1200 Wilmette Avenue | Wilmette, IL 60091 | Lake |

| NAME | | TELEPHONE (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es))

| [ ] RACE | [ ] COLOR | [ ] SEX | [ ] RELIGION | [ ] NATIONAL ORIGIN |
|---|---|---|---|---|
| [XX] RETALIATION | [XX] AGE | [ ] DISABILITY | [ ] OTHER | |

DATE DISCRIMINATION TOOK PLACE

EARLIEST (ADEA/EPA)    LATEST (ALL)

11/2006

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s) )

OCT 2 2 2007

I. I began my employment with Respondent in 1991 as a Groundskeeper.

II. I have been discriminated against on the basis of my age, sixty-six (66), by Respondent in the terms and conditions of my employment despite my fifteen (15) years of dedicated service.

III. I have been subjected to harassment by my co-workers and peers, and have reported such treatment to management and human resources to no avail.

IV. On November 13, 2006, as a result of my complaints of my co-worker's harassment because of my age, Respondent terminated my employment for the purported reason of not getting along with my co-workers. Respondent did not discipline or terminate the employment of my substantially younger co-workers of whom I had complained of harassment.

V. For the foregoing reasons, I believe I have been discriminated against on the basis of my age, 66, and subjected to retaliation for reporting and opposing Respondent's discriminatory practices in violation of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 et seq.

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (when necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT                                    DATE |
| | |
| Notary Public Seal | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (5/98)

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a)☐ the United States Equal Employment Opportunity Commission has not issued a

   *Notice of Right to Sue.*

   (b)☒ the United States Equal Employment Opportunity Commission has issued a *Notice*

   *of Right to Sue*, which was received by the plaintiff on (month) *December*
   (day) *20* (year) *2007* a copy of which *Notice* is attached to this
   complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those*
   *that apply*]:

   (a)☒ Age (Age Discrimination Employment Act).

   (b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

   (d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

   (f)☐ Religion (Title VII of the Civil Rights Act of 1964)

   (g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local
    governmental agency, plaintiff further alleges discrimination on the basis of race, color, or
    national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims
    by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981
    and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation
    Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a)☐ failed to hire the plaintiff.

    (b)☒ terminated the plaintiff's employment.

    (c)☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

When a coworker would have come to talk about consulting something to me, he always recriminated me. when the other employee was the one coming to my place of work to distrat me, and besides that when the other employees were talking the supervisors will not recreminating them. The company always would buy boots for everybody but me from 2004 To 2006 (see enclosures)

14.    **[AGE DISCRIMINATION ONLY]**  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒   Direct the defendant to (specify): _Compensated the Plaintiff for the Emotional and Physical damages caused by the Verbal mistreating by the supervisors and coworkers_

_____

_____

(g) ☒   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
X DANIEL ROSAS

(Plaintiff's name)
Daniel Rosas

(Plaintiff's street address)
4720 N. Lawndale st.

(City) Chicago   (State) Illinois (ZIP) 60625
(Plaintiff's telephone number) (773) - 583-4108

Date: 03/21/08

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2800
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

CERTIFIED MAIL

7099 3400 0014 4054 479

UNITED STATES POSTAGE
$ 03.06
02 1A
0004611411    DEC 20 2007
MAILED FROM ZIP CODE 60661

Michael A. Johnson Esq.
MICHAEL A. JOHNSON & ASSOCIATES
415 North LaSalle Street
Suite 203
Chicago, IL 60610

## STATE OF ILLINOIS
## DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF: )
                      )

Daniel Rosas )
                      )

       COMPLAINANT, )    CHARGE  NO. 2007CA2584
                      )    EEOC NO. 21BA1292

       AND )

Wilmette Park District )

       RESPONDENT. )

### REQUEST FOR REVIEW

Daniel Rosas                    Janice M. Rauen, Attorney
4720 N. Lawndale, Basement      LMDBLT, Ltd.
Chicago, IL 60625                515 North State Street, Suite 2800
                              Chicago, IL 60610

TO:   Daniel Rosas

DATE:  January 4, 2008

REQUEST FOR REVIEW FILING DEADLINE:  February 8, 2008

      I hereby request that the Department of Human Rights' dismissal of the charge be reviewed by the Chief Legal Counsel of the Department.

      **IN THE SPACE PROVIDED BELOW, YOU <u>MUST</u> LIST AND DESCRIBE THE SPECIFIC REASONS THAT THE CHARGE SHOULD NOT HAVE BEEN DISMISSED.** If applicable, you may write on the back of this form or attach information or documents, which support your Request for Review.  You may review your investigation file, to help you prepare your request, by calling (312) 814-6262 or (217) 785-5100. **The decision of the Chief Legal Counsel will be published on the Department's website.**

_____

SIGNATURE                   DATE

YOU MUST ENCLOSE THE ORIGINAL AND THREE COPIES OF YOUR ENTIRE REQUEST AND SIGN, DATE AND HAVE THIS FORM POSTMARKED OR HAND DELIVERED BY THE FILING DEADLINE DATE ABOVE, TO:

Chief Legal Counsel, Illinois Department of Human Rights, 100 West Randolph Street, Suite 10-100, Chicago, IL 60601.
**THIS FORM MAY NOT BE SENT VIA TELEFAX.**
FTPFTA/CPFORMS
10/07

DANIEL ROSAS
4720 N. LAWNDALE #BST
CHICAGO IL 60625
773- 583-4518


CHIEF LEGAL COUNSEL
ILLINOIS DEPARTMENT OF HUMAN RIGHTS


TO WHOM IT MAY CONERN,

I DANIEL ROSAS HAD MY  CONFERENCE SCHEDULE ON OCTOBER 09 2007

AND I DID NOT SHOW UP BECAUSE THE STAFF THAT I NEED TO BE THERE

WAS NOT GOING TO SHOW UP ARE THE FOLLOWING (JUAN ARMENTA- JESUS

GARCIA- SAMUEL GALLEGOS) DUE TO THIS REASON I DID NOT SHOW UP,

BUT I WOULD LIKE FOR YOU TO PLEASE REOPEN MY CASE AGAIN AND I

WILL HAVE AN ATTORNEY WITH ME. IF YOU ARE ABLE TO REOPEN MY CASE

I WOULD ALSO LIKE FOR MR. JUAN ARMENTA -JESUS GARCIA- SAMUEL

GALLEGOS TO BE THERE AT OUR NEW CONFERENCE DATE.


SINCERELY,


_____
DANIEL ROSAS

STATE OF ILLINOIS  )
                   )  ss
COUNTY OF COOK  )                          FILE NO (S) 2007CA2584

### AFFIDAVIT OF SERVICE

Ann E. Mosley, being first duly sworn, on oath states that she served a copy of

the attached <u>NOTICE OF DISMISSAL</u> on each person named below by depositing

same this 4th day of January, 2008 in the Randolph Street, Chicago, Illinois 60601,

properly posted for FIRST CLASS U.S. MAIL, addresses as follows:

---

Mr. Daniel Rosas                          Ms. Janice M. Rauen
4720 N Lawndale, Basement                 Attorney at Law
Chicago, IL 60625                         LMDBLT, Ltd
                                          515 North State Street
                                          Suite 2800
                                          Chicago, IL 60610

                                          *Ann E. Mosley*
                                          Ann E. Mosley

SUBSCRIBED and SWORN to before
me this 4th day of January, 2008..

_____
NOTARY PUBLIC

**"OFFICIAL SEAL"**
**GLORIA J. POLK**
Notary Public, State of Illinois
My Commission Expires 02/15/2010

<u>PLEASE NOTE:</u>

The above signed persons are responsible only for <u>mailing</u> these documents. If
you wish a review of the findings in this case you must complete the Request for
Review form attached. Department staff are not permitted to discuss the
investigation findings once a Notice of Dismissal has been issued.

# STATE OF ILLINOIS
## DEPARTMENT OF HUMAN RIGHTS

|                              |     |                                      |
|------------------------------|-----|--------------------------------------|
| IN THE MATTER OF:            | )   |                                      |
|                              | )   |                                      |
| Daniel Rosas                 | )   |                                      |
|                              | )   |                                      |
| COMPLAINANT,                 | )   | CHARGE  NO. 2007CA2584               |
|                              | )   | EEOC NO. 21BA71292                   |
|                              | )   |                                      |
| AND                          | )   |                                      |
|                              | )   |                                      |
| Wilmette Park District       | )   |                                      |
|                              | )   |                                      |
| RESPONDENT.                  | )   |                                      |

## NOTICE OF DISMISSAL
## FOR FAILURE TO PROCEED

Daniel Rosas
4720 N. Lawndale, Basement
Chicago, IL 60625

Janice M. Rauen, Attorney
LMDBLT, Ltd.
515 North State Street, Suite 2800
Chicago, IL 60610

TO:    Daniel Rosas

DATE:   January 4, 2008

REQUEST FOR REVIEW FILING DEADLINE: <u>February 8, 2008</u>

      YOU ARE HEREBY NOTIFIED that Complainant has failed to comply with the Rules and Regulations of the Department of Human Rights ("Department"), 56 Ill. Admin. Code Sec. 2520.560, in the following manner:

**Verified Response**

Due:              <u>June 17, 2007</u>
Received:      <u>June 12, 2007</u>
Timely:  <u>X</u>   Untimely____
If untimely, good cause shown: Yes_____No_____

1.    The Department's Good Cause Determination Worksheet and supporting documents **(Group Exhibit A)** indicate that the Verified Response was timely received.

2.    On April 4, 2007, Complainant filed the instant charge.

3.    On July 26, 2007, Complainant agreed to attend the fact finding conference scheduled for August 29, 2007 at 1:00 pm. On August 27, 2007, Complainant called and stated he had retained an attorney but the attorney was going to be out of town on the date of the fact finding conference and requested to reschedule. On September 12, 2007, Complainant and his attorney agreed to attend the fact finding conference re-scheduled for October 9, 2007 at 1 pm.

STATE OF ILLINOIS
ILLINOIS DEPARTMENT OF HUMAN RIGHTS

DEPT. OF HUMAN RIGHTS
SWITCHBOARD

JUN 1 2 2007

DANIEL ROSAS,                              )
                                           )
            COMPLAINANT,                   )
                                           )
      v.                                   )    Case No.: 2007 CA 2584
                                           )
WILMETTE PARK DISTRICT,                    )
                                           )
            RESPONDENT.                    )

RESPONDENT'S VERIFIED RESPONSE TO
COMPLAINANT'S CHARGE OF DISCRIMINATION

Wilmette Park District ("Respondent"), by and through its attorneys, Laner, Muchin,

Dombrow, Becker, Levin and Tominberg, Ltd., states the following in response to

Complainant's Charge of Discrimination:

I.    A.    ISSUE/BASIS

            FAILURE TO RE-HIRE – MARCH 22, 2007, DUE TO MY AGE, 65.

**RESPONSE:**

Respondent denies the allegations contained in Paragraph I.A.

      B.    PRIMA FACIE ALLEGATIONS

            1.    I am 65 years old.

**RESPONSE:**

Respondent admits the allegations contained in Paragraph I.B.(1).

            2.    My work performance as seasonal porter met Respondent's expectations.
                  I was hired in April 1991.

**RESPONSE:**

Respondent denies the allegations contained in Paragraph I.B.(2). Responding further,

Respondent states that Complainant was first hired in March 1991 in a seasonal golf course