H HW

08cv1678
JUDGE LEFKOW
MAG. JUDGE COX

**APPEARANCE F**(ORM FOR PRO SE LITIGANTS)
**DISTRICT COURT FOR T**HE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: *Daniel Rosas*
(Please print)

STREET ADDRESS: *4720 N. Lawndale*

CITY/STATE/ZIP: *Chicago, Illinois, 60625*

PHONE NUMBER: *(773) 583-4108*

CASE NUMBER:

**FILED**
JN 3-21-2008
MAR 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

X *Daniel Rosas*     *03/21/08*
Signature            Date