MHK

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) **Daniel Rosas**

v.

Defendant(s) **Wilmette Park District, Mike Matchen**

FILED
J.N 3-21-2008
MAR ? 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 08cv1678
JUDGE LEFKOW
MAG. JUDGE COX

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Daniel Rosas**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   **Michael Johnson, attorney at Law, 4115 N. La Salle suite 203, Chicago, Ill 60610**

   **I try to keep that attorney but don't do nothing for the case**

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

X **Daniel Rosas**
Movant's Signature

**4720 N. Lawndale St.**
Street Address

**03/21/08**
Date

**Chicago, IL. 60625**
City, State, ZIP