## United States District Court for the Northern District of Illinois

Case Number: 08CV1678                    Assigned/Issued By: J. N.

Judge Name: LEFKOW                       Designated Magistrate Judge: COX

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00      [ ] $5.00
                [ ] IFP         [ ] No Fee      [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____            Receipt #: 1117142_____

Date Payment Rec'd: 3-21-08_____          Fiscal Clerk: J. N._____

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

2___ Original and 2_____ copies on 3-21-08_____ as to ALL DEFENDANTS_____
                                     (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05