Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1678 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Daniel Rosas vs. Wilmette Park District, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis [4] is granted. The clerk is directed to issue summonses for service of process on the defendants by the United States Marshal Service and the United States Marshal Service is directed to serve the complaint on the defendants. Plaintiff's motion for appointment of counsel [5] is granted. John F. Verhey, DLA Piper US LLP, 203 N. LaSalle, 20th Floor, Chicago, IL 60601, 312-368-4044, is appointed to represent the plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37. Status hearing is set for 5/15/2008 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|