## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Daniel Rosas
                        Plaintiff,

v.                                                    Case No.: 1:08−cv−01678
                                                     Honorable Joan H. Lefkow

Wilmette Park District, et al.
                        Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 8, 2008:

       MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff has to and including 9/26/2008 to file an amended complaint. Defendants to answer or otherwise plead to the amended complaint by 10/17/2008. Mailed notice by judge's staff.(srb,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.