U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08-C-1678

Daniel Rosas,
                Plaintiff,
v.

Wilmette Park District and Mike Matchen,
                Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

                Defendants, Wilmette Park District and Mike Matchen

| |
|---|
| NAME: (Type or Print) <br> Gregory R. James, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Gregory R. James, Jr. |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS: 515 North State Street, Suite 2800 |
| CITY/STATE/ZIP: Chicago, Illinois 60610 |

| ID NUMBER: 06198667 | TELEPHONE NUMBER: 312/467-9800 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

I, Gregory R. James, Jr., an attorney, hereby certifies that he caused the foregoing Appearance to be delivered to the Court's drop box at room 1932 per the Orders of the Honorable Joan Lefkow, and filed via Electronic Filing with the Clerk of court, and to be served on counsel of record for the Plaintiff, through the U.S. District Court, Northern District of Illinois e-filing system, on this 13th day of August 2008, addressed to:

>John F. Verhey, Esq.
>DLA Piper US LLP
>203 N. LaSalle, 19th Floor
>Chicago, Illinois 60601
>312/368-4044 Phone
>john.verhey@dlapiper.com


>/s/ Gregory R. James, Jr.
>Gregory R. James, Jr.

Lawrence J. Weiner (02965186)
lweiner@lanermuchin.com
Gregory R. james, Jr. (06198667)
gjames@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)