UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL ROSAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | 08cv1678 |
| WILMETTE PARK DISTRICT and | ) | Judge Lefkow |
| MIKE MATCHEN, | ) | Mag. Judge Cox |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**   John F. Verhey, Esq.
DLA Piper US LLP
203 N. LaSalle, 19th Floor
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on **August 26, 2008 at 9:30 a.m.**, or soon thereafter, we shall appear before the Honorable JudgeLefkow, or any judge sitting in her stead, in Courtroom 1956 of the Untied States District Court, Northern District of Illinois, Eastern Division, and then and there present Defendant Mike Matchen's Motion to Dismiss, a copy of which was served upon you.

Dated:  August 13, 2008                WILMETTE PARK DISTRICT, Defendant

                                        By: s:\Lawrence J. Weiner
                                        One of Its Attorneys

Lawrence Jay Weiner (02965186)
   lweiner@lanermuchin.com
Gregory R. James, Jr. (6198667)
   gjames@lanermuchin.com
Laner, Muchin, Dombrow, Becker,

Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
Attorneys for the Defendant
Wilmette Park District

## CERTIFICATE OF SERVICE

I, Lawrence J. Weiner, an attorney, hereby certifies that he caused the foregoing Defendant Mike Matchen's Motion to Dismiss to be delivered to the Court's drop box at room 1932 per the Orders of the Honorable Joan Lefkow, and filed via Electronic Filing with the Clerk of court, and to be served on counsel of record for the Plaintiff, through the U.S. District Court, Northern District of Illinois e-filing system, on this 13th day of August 2008, addressed to:

> John F. Verhey, Esq.
> DLA Piper US LLP
> 203 N. LaSalle, 19th Floor
> Chicago, Illinois 60601
> 312/368-4044 Phone
> john.verhey@dlapiper.com

/s/ Lawrence J. Weiner
Lawrence J. Weiner

Lawrence J. Weiner (02965186)
   lweiner@lanermuchin.com
Gregory R. james, Jr. (06198667)
   gjames@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)